IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL STEINBERG, MIRIAM STEINBERG,

    Plaintiffs,

v.                                                           CASE NO. 1:10-cv-00236-MP -GRJ

FEDERAL DEPOSIT INSURANCE CORPORATION,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 25, Motion for Extension of Time to File Answer by Federal Deposit Insurance Corporation. The plaintiffs agree to the extension of time, and it is granted, nunc pro tunc to March 22, 2011. Additionally, the parties have filed a Joint Report under Fed. R. Civ. P. 26, Doc. 23, in which the parties agree to all deadlines. The Joint Report is adopted, and the Clerk is directed to set the appropriate deadlines therefrom.

    **DONE AND ORDERED** this _11th_ day of April, 2011

                                          *s/Maurice M. Paul*
                                   Maurice M. Paul, Senior District Judge