IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL STEINBERG, MIRIAM STEINBERG,

    Plaintiffs,

v.                                            CASE NO. 1:10-cv-00236-MP-GRJ

FEDERAL DEPOSIT INSURANCE CORPORATION,

    Defendant.

_____/

**O R D E R**

This matter is before the Court for a telephone status conference held on June 9, 2011. Previously, the Court adopted the parties Joint Report under Fed. R. Civ. P. 26 and set the end of discovery for May 27, 2011. The Court also kept the other deadlines from the Initial Scheduling Order, as requested by the parties. Thus, dispositive motions are currently due not later than 20 days after May 27, 2011. However, the parties have indicated that they are discussing settlement. Accordingly, the Court will stay this case to allow settlement discussions. The Clerk is directed to return this file to the Court's attention on July 1, 2011, if settlement has not yet been effected.

    **DONE AND ORDERED** this _14th_ day of June, 2011

                                    *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge