IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL STEINBERG, MIRIAM STEINBERG,

    Plaintiffs,

v.                                                            CASE NO. 1:10-cv-00236-MP-GRJ

FEDERAL DEPOSIT INSURANCE CORPORATION,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 32, telephone status conference held on July 20, 2011, in which both parties participated. During the status conference, the parties announced a pending settlement. As such, the Court will stay this case for thirty days to allow the parties to finalize settlement. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Clerk is directed to return this file to the Court's attention on August 19, 2011, if settlement has not yet been effected.

**DONE AND ORDERED** this  _20th_  day of July, 2011

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge